John R. FATTIG, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 59216.

Missouri Court of Appeals, Western District.

June 5, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 3, 2001.

Application for Transfer Denied Aug. 21, 2001.

Sarah N. Weber, Asst. Public Defender, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie Morrell, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, PATRICIA BRECKENRIDGE, Judge, and VICTOR C. HOWARD, Judge.

### ORDER

John R. Fattig appeals the circuit court's judgment to deny his Rule 29.15

motion for postconviction relief. We affirm. Rule 84.16(b).